# Mary B. Grossman
Chapter 13 Trustee
United States Bankruptcy Court
Eastern District Of Wisconsin

Telephone (414) 271-3943　　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 510920
Fax (414) 271-9344　　　　　　　　　　　　　　　　　　　　　　　　　　　Milwaukee, WI 53203
www.chapter13milwaukee.com　　　　　　　　　　　　　　　　　info@chapter13milwaukee.com

December 2, 2015

Honorable Susan V. Kelley
United States Bankruptcy Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI   53202

RE:   CLIFFORD T. BROWN & MACHELLE A. BROWN
　　　　Chapter 13 Bankruptcy
　　　　Case No. 12-24835 - SVK

Dear Judge Susan V. Kelley:

An Order on the Trustee's Motion to Dismiss was previously signed on September 27, 2012. Enclosed please find a copy of the Status Report and Receipts Statement as of December 2, 2015, relative to the above-captioned Chapter 13 bankruptcy case, which is now pending in your Court. The debtors have failed to provide the Chapter 13 Trustee copies of their 2012, 2013 and 2014 federal and state income tax returns and failed to pay the Office of the Chapter 13 Trustee one-half of the net 2012, 2013 and 2014 tax refunds, if any.

I am therefore renewing my Motion to Dismiss and respectfully requesting that the court schedule a hearing thereon should the **Debtor or Debtor's Attorney file a written objection** to the renewed Motion to Dismiss **within twenty-one (21) days of the date of this letter**.   Should there be no such objection in a timely fashion; my office will submit an Affidavit of No Objection and a proposed Order Dismissing the case – Confirmed Plan.

Respectfully Submitted,

OFFICE OF CHAPTER 13 TRUSTEE


By /s_____
　　　Mary B. Grossman, Chapter 13 Trustee
　　　Robert W. Stack, Staff Attorney
　　　Christopher D. Schimke, Staff Attorney
　　　Sandra M. Baner, Staff Attorney

MBG/RWS/CDS/SMB/jp

Enclosures

cc:　　CLIFFORD T. BROWN & MACHELLE A. BROWN (Via Mail)
　　　　DELADURANTEY LAW OFFICE LLC (Via ECF)